FILED

09/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0313

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0313

JAMES T. and ELIZABETH GRUBA, and
LEO G. and JEANNE R. BARSANTI,

Petitioners and Appellants,

v.

MONTANA PUBLIC SERVICE COMMISSION,
and NORTHWESTERN ENERGY,

Respondents and Appellees.

FILED

SEP 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

By order filed August 25, 2020, this Court granted the motion of Appellants Montana Public Service Commission (PSC) and Northwestern Energy (NWE) to strike from the record on appeal various excerpts from the subject administrative proceeding record that were not before the District Court in the underlying proceeding now on appeal. On August 24, 2020, the day before our order issued, Appellants filed a related "Motion to Correct the Record" raising the same or substantially similar issues and arguments raised in opposition to the prior PSC/NWE motion to strike. Pursuant to M. R. App. P. 20(1)(a), Appellants have since filed a related motion on September 9, 2020, seeking reconsideration of our prior order granting the PSC/NWE motion to strike.

Upon timely motion, we have discretion under M. R. App. 20(1)(a) to reconsider a prior order or decision upon a showing that we overlooked a fact material thereto, a decisive issue presented, or a conflicting statute or controlling decision. However, Appellants' related August 24 and September 9 motions raise essentially the same issues previously considered in our August 25 order and have failed to demonstrate that we previously overlooked any material fact, decisive issue, or conflicting statute or controlling decision under the circumstances at issue.

THEREFORE,

IT IS ORDERED that Appellants' August 24 "Motion to Correct the Record" and September 9 Motion for Rehearing on our August 25 order are both hereby DENIED.

The Clerk is directed to give notice of this Order to all counsel of record.

Dated this 5 day of September, 2020.

_____
Chief Justice

_____

_____

_____
Justices

2